COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ruth Hayes v. Strata Marquis LLC

Appellate case number:      01-19-00462-CV

Trial court case number:    1130451

Trial court:                County Court at Law No. 1 of Harris County

Appellant's brief was originally due on July 29, 2019.  Appellant filed motions for extensions of time on August 1, 2019, August 30, 2019, and November 7, 2019, which this Court granted.  In our last order granting her motion for extension, we stated "no further extensions."  Despite our notice, appellant did not file a brief by the January 24, 2020 deadline, which caused the Clerk of this Court to notify appellant, on January 30, 2020, that her brief had not yet been filed and required that a response be filed within 10 days, or the appeal could be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  On February 10, 2020, appellant filed a fourth motion for extension of time, requesting an additional 30 to 45 days to file a brief because of health issues and that she is waiting for a volunteer lawyer to assist her with the appeal.

Accordingly, we **GRANT** appellant's motion and **ORDER** appellant to file her brief no later than 14 days from the date of this order.  No further extensions will be granted.  However, because appellant has had nearly seven months to file her brief, if appellant fails to file a brief that complies with Texas Rule of Appellate Procedure 38.1 within 14 days of the date of this order, this appeal may be dismissed for want of prosecution or for failure to comply with a requirement of the rules of appellate procedure or an order of this Court. *See* TEX. R. APP. P. 38.1, 38.8, 38.9(a), 42.3(b), (c).

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  ___February 20, 2020___